**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUIGLEY** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **BRIGHTWORD BOOKS, LLC** | : | **NO.: 26-cv-3000** |
| | : | |

**O R D E R**

**AND NOW**, this **11**th day of **MAY 2026**, in accordance with the court's procedure

for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating

basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is <u>Magistrate (Scott W. Reid).</u> If the District Judge deems referral appropriate, a separate

referral order, specifying the reason for referral, will be issued by the District Court Judge.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**