**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

GUY QUIGLEY,                          :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :    Civil Action No. 26-cv-3000-HB
                                      :
BRIGHTWORD BOOKS, LLC                 :
                                      :
    Defendant.                        :
                                      :

**PROOF OF SERVICE**

I, FREDERICK A. TECCE, certify and declare as follows:

1.     I am over the age of 18 years and not a party to the above-captioned action.  My business address is Altima Advisors/Attorneys, LLC, One Liberty Place - 55th Floor 1650 Market Street, Philadelphia, PA 19103.  I am an attorney of record for Plaintiff, Guy Quigley.  To my knowledge, all of the facts stated in this Proof of Service are true and correct.

2.     Pursuant to the methods of service authorized by FRCP 4 and PaRCP 404, I caused copies of the summons and of the complaint in the above-captioned action to be served upon Defendant Brightword Books, LLC's registered agent, by Certified Mail, postage prepaid, return receipt requested, addressed to Registered Agents Inc., 418 Broadway Suite R, Albany, NY 12207.

3.     Service was accepted on May 11, 2026, as indicated in the attached return receipt, which is annexed hereto and made part hereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 29, 2026

Respectfully submitted,

By: _____

Frederick A. Tecce
Altima Advisors/Attorneys, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 268-7525
Facsimile: (215) 268-7526
Email: fred.tecce@altimaadvisors.com

*Attorney for Plaintiff*
Guy Quigley

2



USPS TRACKING #

9590 9402 9782 5266 8068 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

BC
5/16

• Sender: Please print your name, address, and ZIP+4® in this box•

ALTIMA ADVISORS/ATTORNEYS LLC
204 Cedar Street
Suite 203
Cambridge
MD 21613

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Registered Agents Inc.
418 Broadway Suite R
Albany
NY. 12207

9590 9402 9782 5266 8068 21

2. Article Number *(Transfer from service label)*

0710 5270 3570 3233 09

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt