# EXHIBIT A

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

### Entity Details   ⌃

**ENTITY NAME:** BRIGHTWORD BOOKS LLC

**DOS ID:** 7474979

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 11/28/2024

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 11/28/2024

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** ALBANY

**NEXT STATEMENT DUE DATE:** 11/30/2026

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
| --- | --- | --- | --- | --- |

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

> **Name:** REGISTERED AGENTS INC.
>
> **Address:** 418 BROADWAY STE R , ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Permitted**

#### Chief Executive Officer's Name and Address

> **Name:**
>
> **Address:**

#### Principal Executive Office Address

> **Address:**

#### Registered Agent Name and Address

**Name:**  REGISTERED AGENTS INC.

**Address:**  418 BROADWAY, STE R, ALBANY, NY, 12207

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|



Agencies App Directory Counties Events Programs Services

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Filing History

Return to Results        Return to Search

### Entity Details                                                                ⌃

**ENTITY NAME:** BRIGHTWORD BOOKS LLC

**DOS ID:** 7474979

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 11/28/2024

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 11/28/2024

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** ALBANY

**NEXT STATEMENT DUE DATE:** 11/30/2026

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ‹ | ENTITY DISPLAY | NAME HISTORY | **FILING HISTORY** | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|---|

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 03/18/2025 | 49 | CERTIFICATE OF PUBLICATION | | 5 | 250318003833 |
| 01/23/2025 | 27 | CERTIFICATE OF CHANGE BY ENTITY | COUNTY,REGISTERED AGENT,REGISTERED AGENT_DESIGNATE OR CHANGE REGISTERED AGENT,SERVICE OF PROCESS | 2 | 250124003075 |
| 11/28/2024 | 01 | ARTICLES OF ORGANIZATION | | 2 | 241128000246 |

Rows per page: 5 ▾     1-3 of 3     ‹ ›



AgenciesApp DirectoryCountiesEventsProgramsServices



NEW YORK | Division of Corporations,
STATE OF OPPORTUNITY. | State Records and
Uniform Commercial Code

New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE
# OF

BRIGHTWORD BOOKS LLC
_____

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

FIRST: The name of the limited liability company is:

BRIGHTWORD BOOKS LLC
_____.

If the name of the limited liability company has been changed, the name under which it was organized

is: _____.

SECOND: The date of filing of the articles of organization is: 11/28/24 _____.

THIRD: The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☑ The county location, within this state, in which the office of the limited liability company is

   located, is changed to: ALBANY COUNTY _____.

2. ☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of
   the limited liability company is changed to read in its entirety as follows:

   Registered Agents Inc. 418 Broadway STE R Albany NY 12207 USA
   _____.

3. ☑ The limited liability company hereby: *[check one]*

   ☑ Designates Registered Agents Inc. _____ as
   its registered agent upon whom process against the limited liability company may be served.
   The street address of the registered agent is:

   418 Broadway STE R Albany NY 12207 USA
   _____.

   ☐ Changes the designation of its registered agent to: _____.
   The street address of the registered agent is:

   _____.

   ☐ Changes the address of its registered agent to:

   _____.

   ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)                                    Page 1 of 2

Filed with the NYS Department of State on 01/23/2025
Filing Number: 250124003075 DOS ID: 7474979

**x** *Robin Jones*
(Signature)

Capacity of Signer *(Check appropriate box):*

☐ Member

Robin Jones

☐ Manager

(Type or print name)

☑ Authorized Person

# CERTIFICATE OF CHANGE
# OF

BRIGHTWORD BOOKS LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Emily Maguire

*Name:*

Registered Agents Inc.

*Company, if Applicable:*

418 Broadway STE R

*Mailing Address:*

Albany NY 12207 USA

*City, State and Zip Code:*

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

*(For office use only)*

DOS-1359-f (Rev. 03/17)

Page 2 of 2

**Filed with the NYS Department of State on 01/23/2025**
**Filing Number: 250124003075 DOS ID: 7474979**



New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
https://dos.ny.gov

# CERTIFICATE OF PUBLICATION
# OF

BRIGHTWORD BOOKS LLC

*(Name of Domestic Limited Liability Company)*

Under Section 206 of the Limited Liability Company Law

The undersigned is the *(Check appropriate box)*  ☐ Member      ☐ Manager      ☑ Authorized Person

of  BRIGHTWORD BOOKS LLC                                                                                                              .

*(Name of Domestic Limited Liability Company)*

If the name of the limited liability company has changed, the name under which it was

organized is: _____ .

The articles of organization were filed by the Department of State on: 11/28/24 _____ .

The published notices described in the annexed affidavits of publication contain all of the information

required by Section 206 of the Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in the Limited

Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

03/18/2025

_____
*(Date)*

X *Robin Jones*
_____
*(Signature)*

Robin Jones , Authorized Person

_____
*(Type or Print Name)*

Filed with the NYS Department of State on 03/18/2025
Filing Number: 250318003833 DOS ID: 7474979

## CERTIFICATE OF PUBLICATION
## OF

BRIGHTWORD BOOKS LLC

_____

*(Name of Domestic Limited Liability Company)*

Under Section 206 of the Limited Liability Company Law

Filer's Name and Mailing Address:

Robin Jones
_____
*Name:*

Registered Agents Inc.
_____
*Company, if Applicable:*

418 Broadway STE R
_____
*Mailing Address:*

Albany NY 12207
_____
*City, State and Zip Code:*

**NOTES:**

1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at https://dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of publication for a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available from legal stationery stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. This certificate of publication, with the affidavits of publication of the newspapers annexed thereto, must be submitted with a **$50** filing fee payable to the Department of State.

*(For office use only)*

Attach this page after the affidavits of publication.

DOS-1708-f (Rev. 03/17)                                                                 Page 2 of 2

**Filed with the NYS Department of State on 03/18/2025**
**Filing Number: 250318003833 DOS ID: 7474979**

Affidavit of Publication Under Section 206 the
Limited Liability Company Law

State of New York
County of Albany
ss.;

The undersigned is the **Printer** of The Daily Gazette, Co. Inc. a daily newspaper published in Schenectady, New York. A notice regarding **BRIGHTWORD BOOKS LLC** was published in said newspaper once in each week for six successive weeks commencing on 02/03/2025 and ending on 03/10/2025. The text of the notice as published in said newspaper is as set forth below, or in the annexed exhibit. This newspaper has been designated by the Clerk of Albany for this purpose.

*Lisa Spenziero*      (signature)
_____

Lisa Spenziero (printed name)

The publisher authorizes the undersigned Lisa Spenziero, the Principal Clerk of The Daily Gazette, Co. Inc., to sign the affidavits on behalf of the The Daily Gazette, Co. Inc.

**NOTARY PUBLIC**
**Sworn to me on this 10 day of March 2025**

> **Heather E Walker**
> NOTARY PUBLIC STATE OF NEW YORK
> Registration No. 01WA0025380
> Qualified in Schenectady County
> Commission Expires  05/30/2028

*Heather E. Walker*

> **Filed with the NYS Department of State on 03/18/2025**
> **Filing Number: 250318003833 DOS ID: 7474979**

Notice of formation of BRIGHTWORD BOOKS LLC. Articles of Org. filed with the Secretary of State of New York (SSNY) on 11/28/2024. Office location: ALBANY County. SSNY is designated as agent upon whom process may be served. SSNY shall mail service of process to REGISTERED AGENTS INC. at 418 BROADWAY STE R ALBANY, NY 12207. REGISTERED AGENTS INC. is designated as agent for SOP at 418 BROADWAY STE R ALBANY, NY 12207. Company is organized for any lawful purpose. 7474979
2/3,10,17,24;3/3,10

22586

Filed with the NYS Department of State on 03/18/2025
Filing Number: 25031800383 DOS ID: 7474979

Affidavit of Publication

Pursuant to Section of 206 of the Limited Liability Company Law

State of Florida

County of Orange ss.;

The undersigned is the authorized designee of Mark Vinciguerra, the printer or publisher of the Ravena News-Herald, a Weekly newspaper published in City of Ravena, New York. A notice regarding, BRIGHTWORD BOOKS LLC was published in said newspaper once in each week for 6 successive week(s), commencing on February 07, 2025 and ending on March 14, 2025. The text of the notice as published in said newspaper is as set forth in the annexed exhibit. This newspaper has been designated by the Clerk of Albany County for this purpose.

*Bo Xiang*

(Signed)_____

Bo Xiang
(printed name)_____

**NOTARY PUBLIC**

Sworn to me on 03/17/2025
State of Florida
County of Orange



_____
Notary Public
03/17/2025



JESSICA GORDON-THOMPSON
Notary Public - State of Florida
Commission # HH301656
Expires on August 17, 2026

Notarized remotely online using communication technology via Proof.

Notice of formation of BRIGHTWORD BOOKS LLC. Articles of Org. filed with the Secretary of State of New York (SSNY) on 11/28/2024. Office location: ALBANY County, SSNY is designated as agent upon whom process may be served. SSNY shall mail service of process to REGISTERED AGENTS INC. at 418 BROADWAY STE R ALBANY, NY 12207. REGISTERED AGENTS INC. is designated as agent for SOP at 418 BROADWAY STE R ALBANY, NY 12207. Company is organized for any lawful purpose.

BRIGHTWORD BOOKS LLC - Page 1 of 1

**Filed with the NYS Department of State on 03/18/2025**
**Filing Number: 250318003833 DOS ID: 7474979**