# EXHIBIT B





# NEW YORK

## REGISTERED AGENT SERVICE

## $49.00 **PER YEAR**

**GET STARTED ➜**



## THE LOCAL LEADER IN REGISTERED AGENT SERVICE

As a business owner, there's a lot to keep track of. Juggling your business's needs while also trying to maintain your personal privacy might seem impossible, but at New York Registered Agent LLC, we make it easy to manage everything in one place with one company. Even better? Our Albany-based service is affordable at just $49 per year.

**Keep Your Info Private**

We use *our* address on public documents, so your home address remains private. No more worrying about strangers seeing your details.

**All Docs in One Place**

Log in to your secure account to manage everything from forms, filings, and licenses, and get free templates from our forms library.

**Use Our Address for Everything**

We handle *all* your mail in-house. Use it for licenses, reports, and more—no third-party limits. *When you hire an RA, they should let you use their address anywhere the law allows.*

**Free Website + 90 Days Free**

Get a website, business phone, and email for 90 days—no cost. We'll even help you design it!



Welcome To New York Registered Agent

New York Registered Agent

Watch on

Our Albany building address is your business address when you sign up for any of our services!

# GET REAL, LOCAL SUPPORT FOR YOUR BUSINESS

## ORDER NOW →

Case 2:26-cv-03000-HB    Document 9-2    Filed 07/28/26    Page 4 of 8

# WHY HIRE A REGISTERED AGENT?

You can be your own registered agent in New York. But hiring a professional New York comes with a number of perks. All for only $49 per year **(that's less than $3 per month)**. Our value can't be beat.

Less Paperwork                                                              ⊗

We keep all your notices and legal documents in one secure online account and send you notifications when action is required. That way you can focus on running your business.

Enhanced Privacy                                                           ⊕

Business Address in Our Own Building                                        ⊕

Irregular Business Hours                                                    ⊕

# REGISTERED AGENT SERVICE BENEFITS

## Free Address

Use our address (not yours) on state forms.

## Fast Filing

No one files your business paperwork faster.

## Local Support

Support from real New York business experts.

## Room to Grow

Websites totrademarks, we do it all.

## Same-Day Scans

View your documents the day they arrive.

## Stable Address

We **own** our building, so no address changes.

## $49 Every Year

Our $49/yr rate doesn't go up.

## Easy to Cancel

1-click cancellation with no fees.

# GET REAL, LOCAL SUPPORT FOR YOUR BUSINESS

**ORDER NOW →**

# TOP-RATED NEW YORK REGISTERED AGENT



Case 2:26-cv-03000-HB    Document 9-2    Filed 07/28/26    Page 6 of 8

"NYRA LLC is wonderful! Dan D was so very helpful to me. He had me straightened out in minutes. My advice – want to start an LLC or have a competent registered agent? Use New York Registered Agent LLC."

**Colleen D.**



"I looked around quite awhile and found these guys. My LLC was up and running in week time. Very very happy with this company. If you are in NYC and want to avoid the high cost of forming in the city these guys are it."

**Anthony D.**



"I came into the process of looking for a registers agent with a page full of questions and she took the time to thoroughly answer each question I had. The company has clear pricing and great customer service."

**Amanda L.**

# DIGITAL MAIL UPGRADES

With our Mail Scanning options, you get a **Albany business address with a unique suite number**, and you can use this address on your website, business cards, social media, and virtually anywhere else you need a business address.

- **Standard Mail Scanning:** Unique Suite Number + 10 mail scans for $49/year

- **Premium Mail Scanning:** Unique Suite Number + 25 mail scans for $99/year





# FREE BUSINESS WEBSITE INCLUDED

You can also try our New York Business Identity package, including a FREE website, phone service, and business email for 90 days. Our staff can even help you design your site!

After 90 days, you decide which Business Identity services to keep ($9/month per service) or **save 20% when you keep the entire package**.

## GET REAL, LOCAL SUPPORT FOR YOUR BUSINESS

Get the best value year after year for the same price. Just $49 a year for the best registered agent service in the state.

**ORDER NOW →**

  

© 2026 New York Registered Agent LLC

Privacy Policy        Terms of Service

418 BROADWAY STE Y
ALBANY, NY 12207

(518) 533-5459

