IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GUY QUIGLEY                         :          CIVIL ACTION
                                    :
         v.                         :
                                    :
BRIGHTWORD BOOKS, LLC               :          NO. 26-3000
                                    :

### NOTICE OF TELEPHONE CONFERENCE - CANCELLED

The **TELEPHONE CONFERENCE** in the above matter scheduled

for **July 29, 2026, at 11:30 a.m. (EST)** with the Honorable Harvey

Bartle III, United States Courthouse, 601 Market Street,

Philadelphia, PA 19106 has been **CANCELLED.**


                              /s/ S. Renz
                              S. Renz
                              Judicial Assistant to
                              the Honorable Harvey Bartle III
                              United States District Court Judge
                              215-597-2693


DATED: July 29, 2026

HB/slr
Copies sent via ECF notification