# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GUY QUIGLEY | Civil Action: 26-3000 |
|---|---|

**v.**

BRIGHTWORD BOOKS, LLC

<u>Notice Regarding Default</u>

Default is NOT entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant **Brightwood Books, LLC.** for failure to plead or otherwise defend due to method of service of the summons and complaint.

George Wylesol
Clerk of Court

By:  s/Nicole Durso

**Nicole Durso,** Deputy Clerk