**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GUY QUIGLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 26-cv-3000-HB |
| | : | |
| BRIGHTWORD BOOKS, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>PROOF OF SERVICE</u>**

I, FREDERICK A. TECCE, certify and declare as follows:

1.      I am over the age of 18 years and not a party to the above-captioned action.  My business address is Altima Advisors/Attorneys, LLC, One Liberty Place - 55th Floor 1650 Market Street, Philadelphia, PA 19103.  I am an attorney of record for Plaintiff, Guy Quigley.  To my knowledge, all of the facts stated in this Proof of Service are true and correct.

2.      Pursuant to the methods of service authorized by FRCP 4 and PaRCP 404, I caused copies of the summons and of the complaint in the above-captioned action to be served upon Defendant Brightword Books, LLC's registered agent, by personal service, addressed to Registered Agents Inc., 418 Broadway Suite R, Albany, NY 12207.

3.      Service was accepted on July 31, 2026, as indicated in the attached Affirmation of Service, which is annexed hereto and made part hereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 3, 2026

Respectfully submitted,

By: _____
Frederick A. Tecce
Altima Advisors/Attorneys, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 268-7525
Facsimile: (215) 268-7526
Email: fred.tecce@altimaadvisors.com

*Attorney for Plaintiff*
Guy Quigley

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**AFFIRMATION OF SERVICE**



\*187636\*

Index no : **26-3000**
Filed Date: **05/06/2026**

| | |
|---|---|
| Plaintiff(s): | **GUY QUIGLEY** |
| | -vs- |
| Defendant(s): | **BRIGHTWORD BOOKS, LLC** |

**Kerry Gunner**, the undersigned, affirms: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **07/31/2026** at **3:08 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, DESIGNATION FORM, COMPLAINT JURY TRIAL DEMANDED AND EXHIBITS** on **BRIGHTWORD BOOKS, LLC B/S/U REGISTERED AGENTS INC. AS REGISTERED AGENT** at **418 Broadway, Suite R, Albany, NY 12207** in the manner indicated below:

By delivering a true copy of each to and leaving with **MARK BOOTH, DESIGNATED AGENT** who stated he/she is duly authorized to accept legal documents.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Light Brown | 39 | 5Ft7In | 180-200 lbs |
| Other Features: | | | | | |

I affirm this 3rd day of August, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Kerry Gunner
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Altima Advisors/Attorneys, LLC
One Liberty - 55th Floor
Philadelphia, PA 19103

Notary Not Required Pursuant To N.Y. CPLR 2106

