**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GUY QUIGLEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 26-cv-3000-HB |
| BRIGHTWORD BOOKS, LLC | : | |
| Defendant. | : | |

## RENEWED REQUEST FOR ENTRY OF DEFAULT

To: Clerk of Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Guy Quigley respectfully requests entry of default against Defendant Brightword Books, LLC. This request is based on the grounds set forth in the Declaration of Frederick A. Tecce, which is annexed as Exhibit A and is made part hereof.

Dated: August 24, 2026

Respectfully submitted,

By: ______________________

Frederick A. Tecce
Altima Advisors/Attorneys, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 268-7525
Facsimile: (215) 268-7526
Email: fred.tecce@altimaadvisors.com

*Attorney for Plaintiff Guy Quigley*

**CERTIFICATE OF SERVICE**

I hereby certify that one true and correct copy of the foregoing Renewed Request for Entry of Default and the accompanying Declaration of Frederick A. Tecce in support thereof is being served upon Defendant Brightword Books LLC, via First Class Mail, postage prepaid, in an envelope addressed to: Brightword Books LLC, 319 48th Street #2, Brooklyn, NY 11220 and Brightword Books LLC, 99 Wall Street, Suite 1357, New York, NY 10005, on this day, August 24, 2026.

Frederick A. Tecce