**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GUY QUIGLEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 26-cv-3000-HB |
| BRIGHTWORD BOOKS, LLC | : | |
| Defendant. | : | |

**DECLARATION OF FREDERICK A. TECCE**

I, FREDERICK A. TECCE, certify and declare as follows:

1. I am over the age of 18 years, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Request for Entry of Default. If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am the attorney of record for Plaintiff Guy Quigley.

3. A limited liability company may be served either "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process," FED. R. CIV. P. 4(h)(1)(B), or by following Pennsylvania state service law. FED. R. CIV. P. 4(h)(1)(A) (incorporating FED. R. CIV. P. 4(e)(1)). The Pennsylvania Rules of Civil Procedure permit service on "corporations and similar entities,"[1] such as a limited

---

1 PA. R. CIV. P. 2176 defines "corporation or similar entity" to include limited liability companies.

liability company, by service upon "an agent authorized by the corporation or similar entity in writing to receive service of process for it." PA R. CIV. P. 424(3).

4. According to the records of the New York Department of State, Division of Corporations, which are annexed as **Exhibit 1** and made part hereof, Registered Agents Inc., 418 Broadway, Suite R, Albany, NY 12207 is designated as Defendant Brightword Books LLC's authorized agent to receive service of process.

5. On July 31, 2026, Defendant Brightword Books, LLC was personally served with a copy of the Summons and Complaint in this civil action, through its authorized agent to receive service of process, as indicated in the Proof of Service filed on August 3, 2026. (*See* ECF No. 14.)

6. The time allowed for Defendant Brightword Books LLC to respond to the Complaint has expired.

7. Defendant Brightword Books LLC has not been granted an extension of time to answer, move, or otherwise respond to the Complaint.

8. To date, I have received no answer, motion, or any other response to the Complaint from Defendant Brightword Books LLC.

9. I have no reason to believe that Defendant Brightword Books LLC is an infant, an incompetent person, or in the active military service of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 24, 2026

Frederick A. Tecce