**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GUY QUIGLEY

Civil Action: 26-3000

v.

BRIGHTWORD BOOKS, LLC

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant BRIGHTWORD BOOKS, LLC for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

Dated: 8/25/2026

By: Amanda Frazier
Amanda Frazier, Deputy Clerk