**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GUY QUIGLEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 26-cv-3000-HB |
| BRIGHTWORD BOOKS, LLC | : | |
| Defendant. | : | |

**MOTION FOR LIMITED EXPEDITED DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff Guy Quigley respectfully moves for an entry of an order for limited expedited discovery to obtain information that will allow Plaintiff to seek an award of damages and other relief as part of a motion for default judgment he intends to file against Defendant Brightword Books, LLC.

In support of this motion, Plaintiff will rely upon the accompanying brief submitted with this motion and upon all pleadings and proceedings on file herein. A proposed form of order is submitted herewith for the Court's consideration.

* * * * *

Dated: September 11, 2026

Respectfully submitted,

By: ______________________________

Frederick A. Tecce
Altima Advisors/Attorneys, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 268-7525
Facsimile: (215) 268-7526
Email: fred.tecce@altimaadvisors.com

*Attorney for Plaintiff*
*Guy Quigley*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within Motion for Limited Expedited Discovery, the accompanying brief in support of this Motion, and a proposed order are being filed with the Clerk of Court, via the Court's CM/ECF system, and true and correct copies of the same are being served Defendant Brightword Books LLC, via first class mail postage prepaid, on this day, September 11, 2026.

______________________________
Frederick A. Tecce