**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GUY QUIGLEY,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTWORD BOOKS, LLC<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 26-cv-3000-HB |

**[PROPOSED] ORDER**

THIS MATTER having been opened to the Court by Plaintiff Guy Quigley for an Order granting limited expedited discovery pursuant to Federal Rules of Civil Procedure 26(d)(1), and the Court having considered the submissions of the parties, the pleadings, documents and proceedings on file in this matter, and all other matters presented to the Court; and good cause having been shown;

IT IS ON THIS ____ day of _______________, 2026 hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that within twenty-one (21) days of receiving actual notice of this Order, all publishers and distributors – including but not limited to IngramSpark, Visionary Book Writers, Amazon Kindle Direct Publishing or KDP – retailers, resellers, and marketplace platforms – including but not limited to Amazon.com, Inc., Audible, Barnes & Noble, AbeBooks, Better World Books, Books-A-Million, Inc., Half Price Books, Records, Magazines, Incorporated, Powell's Books, Walmart.com USA LLC, Walmart, Inc., eBay, Inc., and eBay Commerce, Inc. – financial institutions,

payment processors, banks, escrow services, money transmitters – including but not limited to Amazon Payments, Inc. d/b/a pay.amazon.com, and PayPal, Inc. d/b/a paypal.com ("PayPal"), Walmart d/b/a Walmart Pay – and their related companies and affiliates (the "Third Party Business Entities") shall provide to Plaintiff's counsel all documents and records in their possession, custody, or control, relating to the publication, distribution, marketing, and sales of the works *The Thundering Smoke Book 1: The Price Of Freedom*, *The Thundering Smoke Book 2: The Dutchman's Plan*, *The Thundering Smoke Book 3: The End Of The Line* and *The Rebel Son* (the "Literary Works"), including but not limited to documents relating to:

1. Any and all accounts of publishers, distributors, suppliers, first-party and third-party sellers, and resellers, and account details, including, without limitation, identifying information, account numbers or names, and contact information (including any and all email addresses and telephone numbers) for any and all accounts that have published, distributed, marketed, offered to sell, and/or sold the Literary Works, including but not limited to Brightword Books, LLC, and seller names SuperBookDeals, MyPrepbooks, Prepbooks, Bargain Book Stores, bargainbookstores, booksXpress, Windy Books, All-Time-Fast, RAREWAVES-IMPORTS, rarewaves, rarewaves-usa, Grand Eagle Retail, grandeagleretail, T N UniqueStore, tasha2220, The Nile Store, thenilestore, the nile, The Nile UK Shop, Great Book Prices Store, and gyan_booksuk;

2. Publication, distribution channel, inventory, unit and dollar sales, royalty, and return data on all copies of all versions (*e.g.*, hardcover, paperback,

electronic print or e-book, audiobook) of the Literary Works by any person or entity, including but not limited to a full accounting of the listing, sales, and royalty histories for the Literary Works, the methods of payment, methods for accepting payment, and any and all financial information associated with the publication, distribution, marketing, and sales of the Literary Works; and

3. The identity of and details for any Amazon account(s) (including any Amazon KDP accounts) through which the Literary Works have been published and distributed, and/or received Amazon Standard Identification Numbers ("ASINs") for the Literary Works – including without limitation ASINs B0F8PH1H11, B0DK5STZP2, 196742117X, 1967421161, B0F8PDLKKN, B0DWBYB4Y5, 196742120X, 1967421196, B0F8PDY5Y5, B0FBT94WY3, 1967421234, 1967421226, 1304603938, B0CXDWR5B2, 1304163121, B0F8PCX64K, B01N0SJQQL, 1967421145, and 1967421137 – including but not limited to information concerning any account name, numbers, IDs, usernames, and email address(es) and telephone number(s) associated with the account; and it is further

ORDERED that Plaintiff must serve a copy of this Order upon Defendant; and it is further

ORDERED that any information disclosed to Plaintiff by the Third-Party Business Entities may be used by Plaintiff solely for the purpose of this pending litigation.

BY THE COURT:

______________________________

Harvey Bartle III, U.S.D.J