IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUY QUIGLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIGHTWORD BOOKS, LLC | : | NO. 26-3000 |

ORDER

AND NOW, this 29th day of September 2026, it is hereby ORDERED that:

(1) the motion of plaintiff under Rule 26(d) of the Federal Rules of Civil Procedure to conduct discovery from third parties (Doc. #17) is GRANTED;

(2) the plaintiff may serve third party subpoenas via Federal Express with signature required and must allow no fewer than 20 days after service to comply;

(3) the plaintiff must take reasonable steps to avoid imposing undue burden or expense on any person subject to a subpoena;

(4) the plaintiff shall attach a copy of this order to each subpoena; and

(5) the plaintiff shall serve a copy of this order on the defendant.

BY THE COURT:

/s/ Harvey Bartle III
J.